In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-272 CV


____________________



KIMBERLY SCHMIDT, Appellant



V.



MARK LAIR, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 99-10-06301-CV






MEMORANDUM OPINION


 On July 20, 2006, the Court notified the parties that the appeal appeared to be
interlocutory because the order did not dispose of all of the claims in controversy. No
response has been filed.

 The Court finds no final judgment has issued. Subject to certain statutory exceptions
not applicable in this case, only final judgments are appealable. Tex. Civ. Prac. & Rem.
Code Ann. §§ 51.012, 51.014 (Vernon 1997 & Supp. 2006). Accordingly, we hold the
jurisdiction over this case is still vested in the trial court. The appeal is dismissed for want
of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION. 

 



 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 7, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.